No. 00–1126.  SCOTT *v.* NORFOLK SOUTHERN CORP. ET AL. C. A. 4th Cir.  Certiorari denied.

No. 00–1128.  SIERRA MEDICAL CENTER *v.* CRONIN ET UX. Ct. App. N. M.  Certiorari denied.

No. 00–1129.  ODDI ET UX. *v.* FORD MOTOR CO. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–1130.  NEWMAN *v.* ECKERD CORP.  C. A. 11th Cir. Certiorari denied.

No. 00–1135.  JAMES ET AL. *v.* MAZDA MOTOR CORP. ET AL. C. A. 11th Cir.  Certiorari denied.

No. 00–1140.  CAIN *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 00–1144.  MCPHAUL *v.* BOARD OF COMMISSIONERS OF MADISON COUNTY ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 00–1151.  GORE *v.* TRANS WORLD AIRLINES ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 00–1153.  MCDONNELL *v.* COMMITTEE ON CHARACTER AND FITNESS, SUPREME COURT OF NEW YORK, SECOND JUDICIAL DEPARTMENT.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 00–1154.  ROGERS *v.* SECURITIES AND EXCHANGE COMMISSION.  C. A. 9th Cir.  Certiorari denied.

No. 00–1157.  C DE BACA *v.* COLORADO.  Sup. Ct. Colo.  Certiorari denied.

No. 00–1163.  BASS *v.* BOARD OF MEDICAL EXAMINERS OF NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 00–1164.  FIREFIGHTERS' INSTITUTE FOR RACIAL EQUALITY ET AL. *v.* CITY OF ST. LOUIS ET AL.  C. A. 8th Cir.  Certiorari denied.